**SEALED**

1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

MAR 2 8 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

8             IN THE UNITED STATES DISTRICT COURT
9             EASTERN DISTRICT OF CALIFORNIA
10

11 In the Matter of the Search of:        )   CASE NO. 2:18-SW-0240 EFB
                                          )
12 8139 Valley Green Drive                )
   Sacramento, California                 )   SEALING ORDER
13                                        )
                                          )
14                                        )
                                          )
15                                        )
                                          )
16 _____)

17
         Upon application of the United States of America and good cause having been shown,
18
         IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and
19
   shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a
20
   copy of the search warrant will be left at the scene of the search.
21

22 Dated: 3-28-2018                       _____
                                          EDMUND F. BRENNAN
23                                        United States Magistrate Judge