McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
|---|---|
| 3975 Deer Cross Way, Sacramento, CA | 2:18-SW-0236 EFB, |
| 7625 Meadowstone Dr., Sacramento, CA | 2:18-SW-0237 EFB, |
| 5420 Acme Avenue, Sacramento, CA | 2:18-SW-0238 EFB, |
| 5313 Kungsting Way, Elk Grove, CA | 2:18-SW-0239 EFB, |
| 8139 Valley Green Drive, Sacramento, CA | 2:18-SW-0240 EFB, |
| 4960 Francesca Street, Elk Grove, CA | 2:18-SW-0241 EFB, |
| 6439 Valley Hi Drive, Sacramento, CA | 2:18-SW-0242 EFB, |
| 8613 Orison Court, Elk Grove, CA | 2:18-SW-0243 EFB, |
| 9009 Fernway Court, Elk Grove, CA | 2:18-SW-0244 EFB, |
| 2033 Bastona Drive, Elk Grove, CA | 2:18-SW-0245 EFB |
| | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

1    IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

2    ordered unsealed.

3    Dated:  4/24/2019

4                                                    The Honorable Carolyn K. Delaney
                                                     UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28